UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| AIDAN BLYTHE REICHERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-CV-133-DCLC-CRW |
| | ) | |
| MICHAEL DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 11]. In the R&R, the magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and recommended the Complaint be dismissed.[1] *See* Fed.R.Civ.P. 72(b). No objections were filed to the R&R.[2]

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 62] is **ADOPTED**, and Plaintiffs' Complaint and Supplement [Docs. 2, 7] against all named Defendants except the United States Department of Agriculture is **DISMISSED WITHOUT PREJUDICE** and the claims against the Department of Agriculture is **DISMISSED WITH PREJUDICE.**

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

[2] The Court notes that Plaintiff has not updated his address with the Court so correspondence to him from the Court is being returned as undeliverable [Doc. 12].